

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00789-CR

Elisa Wesley **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2022-0351-CR
Honorable Robert E. Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 25, 2024.

_____
Lori I. Valenzuela, Justice